IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCHUMACHER, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 02-4477 |
| | : | |
| v. | : | |
| | : | |
| SOUDERTON AREA SCHOOL DISTRICT, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this ___ day of November, 2002, it is hereby ORDERED that a conference for clarification on settlement status, in the above-captioned matter, shall be held on November 22, 2002 at 12:00 p.m. in Room #17614, United States Courthouse.

BY THE COURT:

_____
JAMES T. GILES        C.J.

copies by FAX on
to