IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATTY L. SCHUMACHER, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| SOUDERTON AREA SCHOOL DISTRICT, et al., | : | NO. 02-4477 |
| Defendants. | : | |

### ORDER

AND NOW, this     day of November, 2002, it is hereby ORDERED that the above-captioned matter is referred to United States Magistrate Judge Carol Wells for a Report and Recommendation limited in scope to the following issues:

1. Whether accurate salary adjustments were forwarded to the Pennsylvania Public School Education Retirement System ("PSERS"); and

2. Whether salary and service adjustment forms forwarded to PSERS reflected true and accurate dates and times of submission.

BY THE COURT:

_____
JAMES T. GILES,        C.J.

copies by FAX on
to