IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATTY L. SCHUMACHER, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 02-4477 |
| v. | : | |
| SOUDERTON AREA SCHOOL DISTRICT, et al., | : | |
| Defendants. | : | |

### ORDER

AND NOW, this ____ day of April 2003, upon consideration of plaintiff's Motion to Unseal the Pleadings, and defendants' response thereto, it is hereby ORDERED, that plaintiff's motion is DENIED and that all pleadings and references to the terms of the settlement agreement at issue in this matter remain SEALED.

This ORDER is entered WITHOUT PREJUDICE to the exercise of the jurisdiction and procedural rules of the third circuit regarding appeal of matters under seal in the district court.

BY THE COURT:

_____

JAMES T. GILES     C.J.

copies by FAX on

to