IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATTY L. SCHUMACHER, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| Plaintiff, | : | |
| | : | NO. 02-4477 |
| SOUDERTON AREA SCHOOL DISTRICT, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this ___ day of February, 2004, it is hereby ORDERED that the proceeding held on November 22, 2002, in the above-captioned matter, is UNDER SEAL. The parties to this action shall apply by Motion to this Court for authorization to have the proceeding transcribed.

This ORDER is entered WITHOUT PREJUDICE to the exercise of the jurisdiction and procedural rules of the Third Circuit regarding appeal of matter under seal in the District Court.

BY THE COURT:

_____

JAMES T. GILES     C.J.

copies by FAX on

to